McKeon v Blair (2025 NY Slip Op 07207)

McKeon v Blair

2025 NY Slip Op 07207

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, GREENWOOD, AND HANNAH, JJ.

1000 CA 24-02000

[*1]DONALD MCKEON AND JESSICA MCKEON, PLAINTIFFS-APPELLANTS,
v
JEFFREY J. BLAIR, CAROL A. BLAIR, AND WOODMERE LANDOWNERS ASSOCIATION, DEFENDANTS-RESPONDENTS.

JUSTIN S. WHITE, WILLIAMSVILLE, FOR PLAINTIFFS-APPELLANTS.
COLUCCI & GALLAHER, P.C., BUFFALO (PAUL G. JOYCE OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Donna M. Siwek, J.), entered December 5, 2024. The order and judgment, inter alia, granted the motion of defendants insofar as it sought summary judgment dismissing the amended complaint. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court